Carol Lynn Finklehoffe. CA Bar No. 220309
LIPCON MARGULIES & WINKLEMAN
One Biscayne Tower, Suite 1776
Miami, FL 33131
Tel: 305-373-3016
Fax: 305-373-6204
Email: cfinklehoffe@lipcon.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HEINZER, and BARBARA HEINZER, individually, <br><br> Plaintiff, <br><br> vs. <br><br> PRINCESS CRUISE LINES, LTD., a corporation for profit, <br><br> Defendant. | CASE NO.: 2:20-CV-04959-DSF-JC <br><br> **AMENDED NOTICE OF SETTLEMENT** <br><br><br><br> Judge: Hon. Dale S. Fischer <br> Magistrate: Hon. Jacqueline Chooljian <br> Filed: 06/04/2020 <br> Trial: 08/16/2022 |

## AMENDED NOTICE OF SETTLEMENT

Pursuant to Local Rule 16-15.7, Plaintiffs JAMES HEINZER and BARBARA HEINZER and Defendant PRINCESS CRUISE LINES, LTD., by and through their respective counsel, herein give notice to the Court that all the claims in this matter have settled. The parties anticipate having all settlement documents finalized shortly, and will file a Stipulation to Dismiss within the next ninety (90) days.

Dated: December 3, 2021  **LIPCON MARGULIES & WINKLEMAN, P.A.**

By: /s/ *Carol L. Finklehoffe*
      CAROL L. FINKLEHOFFE
      *Attorney for Plaintiffs*

Dated:  December 3, 2021  **ARNOLD & PORTER KAYE SCHOLER LLP**

By:   */s/ Jonathan W. Hughes*
      JONATHAN W. HUGHES
      CHRISTOPHER M. ODELL
      ANGEL TANG NAKAMURA
      ANDREW CROWELL JOHNSON

*Attorneys for  Defendant PRINCESS CRUISE LINES, LTD*

Dated:  December 3, 2021  **MALTZMAN & PARTNERS, P.A.**

By:   */s/ Jeffrey B. Maltzman*
      JEFFREY B. MALTZMAN
      RAFAELA P. CASTELLS
      EDGAR R. NIELD
      GABRIELLE DE SANTIS NIELD

*Attorneys for Defendant PRINCESS CRUISE LINES, LTD.*

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

> By: */s/ Carol L. Finklehoffe*
> Carol L. Finklehoffe
> *Counsel for Plaintiff*